

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-16-00684-CR

James Harley **STACY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7238A
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk